# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEXAS PELLETS, INC. and GERMAN PELLETS TEXAS, LLC, <br><br>*Plaintiffs*, <br><br>v. <br><br>OFFICIAL UNSECURED CREDITORS COMMITTEE OF TEXAS PELLETS, INC. AND GERMAN PELLETS, LLC, <br><br>*Intervenor Plaintiff*. <br><br>GERMAN PELLETS GMBH, IPBG PELLETS BETEILIGUNGS GMBH, PETER LEIBOLD, ANNE LEIBOLD, and MICHAEL LEIBOLD, <br><br>*Defendants*. | Case No. 2:18-cv-00178-JRG-RSP |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated August 28, 2019. (Dkt. No. 56.) This Report and Recommendation recommended that Anna Leibold's and Michael Leibold's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 26) be **DENIED**. (Dkt. No. 56.) Anna Leibold filed an objection to the Report and Recommendation (Dkt. No. 62), and Michael Leibold also filed an objection to the Report and Recommendation (Dkt. No. 61).

After reviewing the underlying briefing, the Report and Recommendation, and Anna and Michael Leibold's objections, the Court agrees with the reasoning provided within the Report and Recommendation. The Report and Recommendation is therefore **ADOPTED**, and the objections are both **OVERRULED**.

**So Ordered this**

**Sep 18, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE