# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEXAS PELLETS, INC. and GERMAN PELLETS TEXAS, LLC, <br><br> *Plaintiffs*, <br><br> OFFICIAL UNSECURED CREDITORS COMMITTEE OF TEXAS PELLETS, INC. AND GERMAN PELLETS, LLC, <br><br> *Intervenor Plaintiff*, <br><br> v. <br><br> GERMAN PELLETS GMBH, IPBG PELLETS BETEILIGUNGS GMBH, PETER LEIBOLD, ANNE LEIBOLD, and MICHAEL LEIBOLD, <br><br> *Defendants*. | Case No. 2:18-cv-00178-JRG-RSP |

## ORDER

Before the Court is the Order and Report and Recommendation of Magistrate Judge Payne filed August 29, 2019 (Dkt. No. 58.), which recommended denial of Defendants Anna, Michael, and Peter Leibold's Motion to Dismiss (Dkt. No. 27) and German Pellets GmbH's Motion to Dismiss (Dkt. No. 29). No objections have been filed.

Finding the reasons set forth in the Order and Report and Recommendation to be correct, the Recommendation is adopted. Consequently, Defendants Anna, Michael, and Peter Leibold's Motion to Dismiss (Dkt. No. 27) and German Pellets GmbH's Motion to Dismiss (Dkt. No. 29) are denied.

**So ORDERED and SIGNED this 27th day of September, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE